**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**NATALIE RODRIGUEZ,**

***Plaintiffs*,**

**v.** **Case No. 5:26-CV-1812-JKP**

**EMPOWER HOUSE SAN ANTONIO,**

***Defendant.***

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is a Report and Recommendation ("R&R") of United States Magistrate Judge (ECF No. 3), wherein the assigned Magistrate Judge recommends that the undersigned deny Plaintiff's pro se Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 1) and direct Plaintiff to either pay the full filing fee and costs or face dismissal for failure to prosecute or failure to comply with an order of the Court. The Magistrate Judge considered the IFP application and financial information provided in support. She notified Plaintiff of her right to object. Although Plaintiff has filed no objection to the R&R, and the time for doing so has expired, she has paid the full filing fee for this action.

Any party who seeks review of all or a portion of an R&R must serve and file specific written objections within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). If a party does not timely object, the District Court may review the unobjected-to proposed findings and recommendations to determine whether they are clearly erroneous or contrary to law. *Johnson v. Sw. Research Inst.*, 210 F. Supp.3d 863, 864 (W.D. Tex.

2016) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).[1]

Consistent with § 636(b)(1)(C) and Rule 72(b)(2), the Court has reviewed the subject R&R for clear error on the face of the record. The Court finds no such error. Accordingly, the Court **ACCEPTS** the Magistrate Judge's recommendation (ECF No. 3). As recommended, the Court **DENIES** the Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 1). Because Plaintiff has subsequently paid the required fees, *see* ECF No. 6, this case will proceed, and the **Clerk of Court shall file the complaint attached as an exhibit to Plaintiff's application**.

Plaintiff is advised that it is her responsibility to prosecute this case and that the case cannot proceed until the defendant has been served with summons and a copy of the complaint. As part of that responsibility, she must provide the summons to be issued upon the payment of the required fees, but she has not done so. Furthermore, under the Federal Rules of Civil Procedure, service must be completed within ninety days of the filing of Plaintiff's complaint. *See* Fed. R. Civ. P. 4(m). Once service is complete, the defendant is required to file a response to the complaint within deadlines set out in Fed. R. Civ. P. 12(a). In general, after the defendant has filed a response, the Court will set this case for an initial pretrial conference and discuss the management of this case with the parties and the next steps in this litigation. *See* Fed. R. Civ. P. 16.

Because Rule 4(m) permits the Court to extend the deadline for service for good cause shown, the Court hereby extends the deadline for service **to February 3, 2027**, ninety days from

[1] While Rule 72(b) does not facially require any review in the absence of a specific objection, the advisory committee notes following its adoption in 1983 state: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Further, failure to object shall also bar appellate review of those portions of the Magistrate Judge's Report and Recommendation that were ultimately accepted by the district court, unless the party demonstrates plain error. *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *Wilson*, 864 F.2d at 1221.

today. In the interim, Plaintiff is directed to familiarize herself with the following resources available to pro se litigants to assist her in understanding the process of litigating a case in federal court:

(1). Rules 16 and 26 of the Federal Rules of Civil Procedure, available at: https://www.uscourts.gov/file/rules-civil-procedure.

(2) This Court's Local Rules, particularly Local Rules 16 and 26, available at: https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/.

(3) "Complete Pro Se Manual" which is available on the Court's website at: https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/.

Plaintiff is reminded that absent a showing of good cause, the Court may dismiss this case without prejudice if she does not serve defendant within the deadline established herein in accordance with Fed. R. Civ. P. 4(m). Similarly, a failure of Plaintiff to keep the Court apprised of her current address may also result in dismissal of this case without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED this 5th day of November 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**